IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20127
Summary Calendar
_____

HENRY LEWIS, JR.,

Plaintiff-Appellant,

versus

TIMOTHY CARTER; A.L.
LOSACK,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-94-3952
- - - - - - - - - -
May 17, 1996

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Henry Lewis, Jr., argues that the district court abused its discretion in dismissing his complaint as frivolous because the notice he received advising him that he was to appear at a disciplinary hearing contained an ambiguous charge. Lewis also argues that he was erroneously found guilty of the disciplinary charge. Lewis further argues that he was not tried before an impartial disciplinary tribunal.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have reviewed the record, the opinion of the district court, and the brief, and find that the dismissal of the complaint as frivolous was not reversible error.  See <u>Stewart v. Thigpen</u>, 730 F.2d 1002, 1005 (5th Cir. 1984).

AFFIRMED.